# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS

In re: PATTERSON, TASHA MARIA § Case No. 06-14405
      PATTERSON, QUENTIN CARLYLE §
      PANACHE, BRIDAL §
Debtors §

## NOTICE OF TRUSTEE'S FINAL REPORT AND
## APPLICATIONS FOR COMPENSATION (NFR)

Pursuant to Fed. R. Bankr. P.2002(a)(6) and 2002(f)(8), please take notice that MICHAEL G. BERLAND , trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications.

| | |
|---|---|
| *The Final Report shows receipts of* | $ 11,247.47 |
| *and approved disbursements of* | $ 0.00 |
| *leaving a balance of* | $ 11,247.47 |

Claims of secured creditors will be paid as follows:

| *Claimant* | *Proposed Payment* |
|---|---|
| N/A | |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| *Reason/Applicant* | | *Fees* | *Expenses* |
|---|---|---|---|
| *Trustee* | MICHAEL G. BERLAND | $ 1,874.70 | $ |
| *Attorney for trustee* | | $ | $ |
| *Appraiser* | | $ | $ |
| *Auctioneer* | | $ | $ |
| *Accountant* | | $ | $ |
| *Special Attorney for trustee* | | $ | $ |
| *Charges,* | U.S. Bankruptcy Court | $ | $ |
| *Fees,* | United States Trustee | $ | $ |

**UST Form 101-7-NFR (4/1/2009)**

    *Other*     _____ $_____ $_____

Applications for prior chapter fees and administrative expenses have been filed as follows:

| *Reason/Applicant* | | *Fees* | *Expenses* |
|---|---|---|---|
| *Attorney for debtor* | _____ | $_____ | $_____ |
| *Attorney for* | _____ | $_____ | $_____ |
| *Accountant for* | _____ | $_____ | $_____ |
| *Appraiser for* | _____ | $_____ | $_____ |
| *Other* | _____ | $_____ | $_____ |

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $12,804.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| *Claim Number* | *Claimant* | *Allowed Amt. of Claim* | *Proposed Payment* |
|---|---|---|---|
| 14P | Illinois Department of Revenue | $ 12,804.00 | $ 9,372.29 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 60,918.20 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 0.0 percent.

Timely allowed general (unsecured) claims are as follows:

| *Claim Number* | *Claimant* | *Allowed Amt. of Claim* | *Proposed Payment* |
|---|---|---|---|
| 1 | Natalie Guerrero | $ 122.20 | $ 0.00 |
| 2 | Tara M Groves | $ 660.30 | $ 0.00 |
| 3 | Discover Bank\DFS-Services, LLC | $ 13,126.44 | $ 0.00 |
| 4 | Capital Recovery II | $ 818.36 | $ 0.00 |
| 5 | Nordstrom FSB | $ 3,847.31 | $ 0.00 |
| 7 | Federated Retail Holdings, Inc./Marshall Fields | $ 1,544.85 | $ 0.00 |
| 8 | Sallie Mae Inc | $ 19,901.64 | $ 0.00 |

**UST Form 101-7-NFR (4/1/2009)**

| | | | |
|---|---|---|---|
| 9 | Independent Federal Credit Union | $ 6,322.00 | $ 0.00 |
| 10 | Hewlett-Packard Financial Services Company | $ 1,658.90 | $ 0.00 |
| 11 | Amy Sokacz | $ 860.00 | $ 0.00 |
| 12 | American Express Bank FSB | $ 9,240.20 | $ 0.00 |
| 13 | Taylor Carlson | $ 162.95 | $ 0.00 |
| 14U | Illinois Department of Revenue | $ 2,472.00 | $ 0.00 |
| 15 | Amy Chally | $ 181.05 | $ 0.00 |

Late filed general (unsecured) claims are as follows:

*Claim Number    Claimant                               Allowed Amt. of Claim    Proposed Payment*

N/A

Subordinated unsecured claims for fines, penalties, and forfeitures are as follows:

*Claim Number    Claimant                               Allowed Amt. of Claim    Proposed Payment*

N/A

The amount of surplus returned to the debtor after payment of all claims and interest is $0.00.

**UST Form 101-7-NFR (4/1/2009)**

The trustee's Final Report and all applications for compensation are available for inspection at the Office of the Clerk, U.S. Bankruptcy Court:

219 S. Dearborn
Chicago, IL

If local court rules so require, the following procedure for objecting must be followed:

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 20 days of the date of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 09:15am on 08/28/2009 in Courtroom 201, United States Courthouse,
Will County Court Annex Building
57 N. Otttawa Street, Suite 201
Joliet, IL .
If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date: 07/21/2009          By: /s/MICHAEL G. BERLAND
                                   Trustee

MICHAEL G. BERLAND
1 NORTH LASALLE STREET
STE 1775
CHICAGO, IL  60602

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-NFR (4/1/2009)**

# CERTIFICATE OF NOTICE

```
District/off: 0752-1           User: sburton               Page 1 of 3                   Date Rcvd: Jul 28, 2009
Case: 06-14405                 Form ID: pdf006             Total Noticed: 127

The following entities were noticed by first class mail on Jul 30, 2009.
db/jdb         +Tasha Maria Patterson,    Quentin Carlyle Patterson,     1472 Sage Drive,
                 Bolingbrook, IL 60490-3217
aty            +Terence M Fenelon,    Law Offices of Terence M. Fenelon,     4513 Lincoln Avenue,    Suite 111,
                 Lisle, IL 60532-1290
tr             +Michael G Berland,    1 N LaSalle St,   No.1775,    Chicago, IL 60602-4065
10998009        ABT TV/GE Money Bank,    P.O. Box 960061,    Orlando, FL 32896-0061
10998013        AT&T Yellow Pages/RH Donnelly,    8519 Innovation Way,    Chicago, IL 60682-0085
11060908        Abigail Pearson,    611 Van Horne Avenue,    Esmond Il 60129
11060909       +Amanda Buhrandt,    3936 Garnette Court,   Naperville Il 60564-7123
11060910       +Amanda Kneisler,    6705 W 180th Street,   Tinley Park Il 60477-4188
11060911       +Amanda Steinke,    16210 Fairfiled Drive,   Planfiled Il 60586-8969
11060912       +Amber Wig,    2898 N 4639 th Rd,   Sandwich IL 60548-9505
10998010        American Express,    P.O. Box 360001,   Fort Lauderdale, FL 33336-0001
11562185        American Express Bank FSB,    c/o Becket and Lee LLP,    POB 3001,   Malvern PA 19355-0701
11060991       +American Express Merchant Services,    Attention: Merchant Services,    20022 N 31st Avenue,
                 Phoenix Az 85027-3900
11060913       +Amy Chally,    333 Berwick Drive,   Aurora Il 60506-4403
11060914       +Amy Sokacz,    2209 Woodland Circle,   Naperville Il 60565-3213
11060915       +Andrea Kujawa,    1919 Steward,   Plainfield IL 60586-6504
11060916       +Angie Bengston,    1498 Envee Drive,   Bolingbrook Il 60490-6586
11060917       +Angie Jarzyna,    212 River Ct,   Minooka Il 60447-9368
11060918       +Annie Oswaid,    6705 W 180th Street,   Tinley Park Il 60477-4188
10998011       +Ardmin Properties,    North Plainfield Crossing,    7501 S. Lemont Rd., Suite 300,
                 Woodridge, IL 60517-2681
10998012       +Armin Properties,    North Plainield Crossing,    7501 South Lemont Rd., Suite 300,
                 Woodridge, IL 60517-2681
11060919       +Ashley Mores,    13258 Lakepoint Drive,   Plainfield Il 60585-7985
11060992       +BA Merchant Service,    Att: Kelly Mcky 60200-01-32,    1231 Durrett Lane,
                 Louisville KY 40213-2041
11060920       +Becky Byers,    1305 Creekside Circle,   Minooka Il 60447-4532
10998014       +Beneficial,    193 North York Road,   Elmhurst, IL 60126-2717
11060921       +Beth Lang,    342 Nakue Trail Lane,   Murrysville PA 15668-1208
10998015        Bill Levkof,    8 Westchester Plaza,   P.O. Box 1233,    Elmsford, NY 10523-0933
10998016       +Capital One,    P.O. Box 790216,   Saint Louis, MO 63179-0216
11060922        Carrie Farraje,    1160 Highland Drive,   Naperville Il 60564
11060923       +Celina Connor,    3301 Whitgage Road,   Joliet Il 60431-0634
10998018        Chicago Style Weddings,    Murphy Lomon & Assoc.,    P.O. Box 2206,   Des Plaines, IL 60017-2206
11060924       +Chrissy Raddi,    413 Blue Hernon Circle,   Bartlett Il 60103-2307
10998019       +Christine Siefert,    13420 W. 167th Street,   Homer Glen, IL 60491-8273
10998020        Citibanc,    P.O. Box 688915,   Des Moines, IA 50368-8915
11060925       +Courtney Lunk,    1305 Creekside Circle,   Minooka Il 60447-4532
11060993       +Cross Check,    P O Box 6008,   Petaluma CA 94955-6008
11060926       +Dana DiPasquale,    2044 Tiffany Drive,   Schaumburg Il 60194-3828
11060927       +Danielle Sorci,    1145 N Museum Blvd Apt 209,    Vernon Hills Il 60061-3168
11060928       +Dawn Kujawa,    1091 Towner Drive,   Bolingbrook Il 60440-1653
11060929       +Dawn Smania,    11540 N Grove Road,   Minooka Il 60447-8792
11060930       +Dawn Vidas,    7365 W Kentucky Drive Apt A,    Lakewood Co 80226-4935
11060931       +Dayna Vidas,    7365 W Kentucky Drive Apt A,    Lakewood Co 80226-4935
11060932       +Denise Vidas,    7365 W Kentucky Drive Apt A,    Lakewood Co 80226-4935
11060933       +Devyn Vidas,    7365 W Kentucky Drive Apt A,    Lakewood Co 80226-4935
11461802        Discover Bank&#092;DFS-Services, LLC,    PO Box 3025,    New Albany OH 43054-3025
11060994       +Discover Merchant Service,    P o Box 3000,   New Albany OH 43054-3000
10998022       +Educators Credit Union,    8800 Washington Avenue,    Racine, WI 53406-3743
11060934        Elanie Gerzen,    1160 Highland Drive,   Naperville Il 60564
11060935       +Elizabeth Zucker,    3418 Christine Avenue,    Joliet Il 60431-9086
11481008       +Federated Retail Holdings, Inc./Marshall Fields,    C/o Tsys Debt Management,    PO Box 137,
                 Columbus, GA 31902-0137
11060936       +Heather Bava,    1645 W North Avenue # 4,   Chicago Il 60622-2543
10998023       +Hewlett-Packard Financial Services,    420 Mountain Avenue,    P.O. Box 6,
                 Murray Hill, NJ 07974-0006
11501392        Hewlett-Packard Financial Services Company,    C/O The Bernstein Law Firm,    2200 Gulf Tower,
                 Pittsburgh, PA 15219
10998024        Hinkley Springs,    4170 Tanner Creek Drive,   Flowery Branch, GA 30542-2839
11620045      ++ILLINOIS DEPARTMENT OF REVENUE,    P O BOX 64338,    CHICAGO IL 60664-0338
               (address filed with court: Illinois Department of Revenue,    Bankruptcy Section,
                 100 West Randolph Street Level 7-425,    Chicago, Illinois 60601)
10998025        Independent Federal Credit Union,    P.O> Box 50424,    Indianapolis, IN 46250-0424
11501384       +Independent Federal Credit Union,    C/O Robert M Crane,    PO Box 1448,   Anderson, IN 46015-1448
10998026       +JLM Couture,    525 Seventh Avenue,   Suite,   New York, NY 10018-4901
11060937       +Jamie Mryowczynski,    504 Shale Court,   Manteno Il 60950-3791
11060938       +Jennifer Petersen,    527 Ca-Crest Drive,   Shorewood Il 60404-9703
11060939       +Jessica Stahr,    561 Doxbury Lane,   New Lenox Il 60451-3425
11060940       +Jillian Brady,    914 Croghan,   Joliet Il 60436-2763
11060941       +Julie Nelson,    712 Catherine Street,   Joliet Il 60435-5806
11060942       +Julie Redican,    11729 194th Street,   Mokena Il 60448-8464
11060946       +Kara Kozul,    2110 N Seminary # 8,   Chicago Il 60614-4147
11060947       +Katie Chaoudhary,    712 Catherine Street,   Joliet Il 60435-5806
11060948       +Kim Campise,    222 Smith St,   Joliet Il 60435-4357
11060949       +Kim Coan,    413 Blue Hernon Circle,   Bartlett Il 60103-2307
11060950       +Kim Marino,    413 Blue Hernon Circle,   Bartlett Il 60103-2307
11060951       +Kristen Machowiak,    1305 Creekside Circle,   Minooka Il 60447-4532
11060952       +Kristin Bowers,    1948 Windette Drive,   Montgomery Il 60538-3302
11060953       +Kristin Sharp,    995 Stockbridge Place,   Elgin Il 60120-4928
```

```
District/off: 0752-1           User: sburton              Page 2 of 3                   Date Rcvd: Jul 28, 2009
Case: 06-14405                 Form ID: pdf006           Total Noticed: 127

11060954      +Kristin Zerembski,    16553 West Saddlewood Drive,    Lockport Il 60441-6858
11060955      +Lindsay DiPasquale,    2044 Tiffany Drive,    Schaumburg Il 60194-3828
11060956      +Lindsay Rucks,    3625 N Pine Grove,    Chicago Il 60613-4513
11060957      +Lisa Cox,    4318 Woodsonia Court NW,    Cedar Rapids IA 52405-5522
11060958      +Lisa Esposito,    413 Blue Hernon Circle,    Bartlett Il 60103-2307
11060959      +Lisa Raethz,    1525 Derby Lane,    Bartlett Il 60103-2055
11060960      +Lisa Steffans,    1557 Azalea Circle,    Romeoville Il 60446-5279
11060961      +Lisa Wolstenholm,    812 Corday Drive Unit 107,    Naperville Il 60540-5168
11060962      +Liz Gilbert,    1636 N Wells Apt 2504,    Chicago Il 60614-6020
10998030      +MBNA America,    P.O. Box 15137,    Wilmington, DE 19850-5137
10998028       Macy's,    P.O. Box 689195,    Des Moines, IA 50368-9195
10998029      +Marcie Weskerna,    1920 Bellair,    Woodstock, IL 60098-2518
11060963      +Margaret Lundy,    1026 17th Street,    Rockford Il 61104-3364
11060964      +Meghan Sweeney,    1121 W Ogden Avenue # 300,    Naperville Il 60563-2940
11060965      +Melissa Booth,    3117 Saganashkee Drive,    Naperville Il 60564-2400
11060966      +Michelle Kujawa,    16509 Kingsbrook Drive,    Crest Hill IL 60403-5711
11060967      +Michelle McDonald,    7405 Brannick Road,    Minooka IL 60447-9565
11060968      +Michelle StaMaria,    646 Blackhawk Lane,    Bolingbrook Il 60440-1760
10998031      +MidAmerica Bank,    1823 Center Pointe Circle,    Naperville, IL 60563-9387
11060969      +Mikayla Johnson,    712 Catherine Street,    Joliet Il 60435-5806
10998033       Millennium Pediatrics,    1912 95th Street,    Naperville, Il 60564
11060970      +Myel Muriel,    4 Elm Creek Drive #116,    Elmhurst IL 60126-5289
11156075      +Natalie Guerrero,    4102 N Park,    Westmont IL 60559-1329
10998034      +National City Bandk,    400 East Ogden Avenue,    Naperville, IL 60563-3233
10998035      +National City Bank,    400 East Ogden Avenue,    Naperville, IL 60563-3233
11060971      +Olivia LaJeunesse,    2907 Kilburne Lane Apt 207,    Naperville IL 60564-4778
10998037       Paloma Blanca,    77 Sheffield Street,    Toronto, ON Canada,    M6M 3E9
11060972      +Pierra Sobodas,    1100 Rosewood Street,    Shorewood Il 60404-9412
10998038      +Providian,    P.O. Box 660487,    Dallas, TX 75266-0487
11060973      +Renee Rybski,    3743 Pope Court,    Plano Il 60545-2250
11060974      +Robin Byrne,    16441 W 146th Place,    Lockport Il 60441-2343
11483220      +Sallie Mae Inc,    220 Lasley Ave,    Wilkes-Barre Pa 18706-1496
10998039      +Sallie Mae Servicing,    P.O. Box 9500,    Wilkes Barre, PA 18773-9500
11060975      +Sheina Frederick,    1305 Creekside Circle,    Minooka Il 60447-4532
11060976      +Shweta Mehta,    1804 Denison Road,    Naperville Il 60565-6761
11060977      +Stacy Halpin,    550 W 43rd Place,    Chicago Il 60609-3505
10998040       State of Illinois,    Department of Revenue,    Springfield, IL 62794-9041
11060978      +Stephanie Briggs,    24623 John Adams Drive,    Plainfield Il 60544-4419
11060979      +Stephanie Homerding,    2251 W Walker Road,    PLainfield Il 60586-9122
11060980      +Sue Gruber,    712 Catherine Street,    Joliet Il 60435-5806
10998027     ++TOYOTA MOTOR CREDIT CORPORATION,    PO BOX 8026,    CEDAR RAPIDS IA 52408-8026
               (address filed with court: Lexus Financial Services,    P.O. Box 9490,
                Cedar Rapids, IA 52409-9490)
11060985      +Tammy Moore,    20500 Coventry Lane,    Crest Hill Il 60403-0700
11060986      +Tara M Groves,    609 Serendipidity Drive,    Aurora IL 60504-4389
11060987      +Tarah Sobodas,    1100 Rosewood Street,    Shorewood Il 60404-9412
11060988      +Taylor Carlson,    1704 Executive Lane,    Glenview Il 60026-1540
11060989      +Tiffany Pua,    4003 S 76th Street,    Milwaukee WI 53220-2343
10998041      +Tina Travaglini,    18531 Marshfield Aveue,    Homewood, IL 60430-3817
11060990      +Trisha Egler,    326 S Walnut St,    Sycamore Il 60178-1929
10998042      +University of Illinois,    1900 Student Services Bldg.,    1200 W. harrison St.,
                Chicago, IL 60607-3320
The following entities were noticed by electronic transmission on Jul 29, 2009.
12649858      +E-mail/PDF: rmscedi@recoverycorp.com Jul 29 2009 02:18:12      Capital Recovery II,
               25 SE 2nd Avenue, Suite 1120,    Miami, FL 33131-1605
10998021       E-mail/PDF: mrdiscen@discoverfinancial.com Jul 29 2009 02:35:18      Discover Card,
               P.O. Box 30395,    Salt Lake City, UT 84130-0395
11474276       E-mail/PDF: gecsedi@recoverycorp.com Jul 29 2009 02:18:53      GE Consumer Finance,
               For GE Money Bank,    dba Gecaf-ABT TV,    PO Box 960061,    Orlando FL 32896-0661
10998036       E-mail/Text: bnc@nordstrom.com                            Nordstrom Bank,    P.O. Box 79137,
               Phoenix, AZ 85062-9137
11475306      +E-mail/Text: bnc@nordstrom.com                            Nordstrom FSB,    PO Box 6566,
               Englewood, CO 80155-6566
12649859       E-mail/PDF: rmscedi@recoverycorp.com Jul 29 2009 02:18:11
               Recovery Management Systems Corporation,    25 S.E. 2nd Avenue, Suite 1120,
               Miami, FL 33131-1605
                                                                                              TOTAL: 6

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
aty*          +Michael G Berland,    1 N LaSalle St, No.1775,    Chicago, IL 60602-4065
10998017*     +Capital One,    P.O. Box 790216,    Saint Louis, MO 63179-0216
10998032*     +MidAmerica Bank,    1823 Center Pointe Circle,    Naperville, IL 60563-9387
                                                                                              TOTALS: 0, * 3

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

```
District/off: 0752-1          User: sburton              Page 3 of 3              Date Rcvd: Jul 28, 2009
Case: 06-14405                Form ID: pdf006            Total Noticed: 127

             ***** BYPASSED RECIPIENTS (continued) *****
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Jul 30, 2009**                    **Signature:**       *Joseph Speetjens*