**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| In re: PATTERSON, TASHA MARIA | § | Case No. 06-14405 |
| PATTERSON, QUENTIN CARLYLE | § | |
| PANACHE, BRIDAL | § | |
| Debtor(s) | § | |

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION**
**REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED**
**AND APPLICATION TO BE DISCHARGED (TDR)**

MICHAEL G. BERLAND, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: $0.00 | Assets Exempt: $46,159.42 |
| Total Distribution to Claimants: $9,373.62 | Claims Discharged Without Payment: $178,631.22 |
| Total Expenses of Administration: $1,874.70 | |

3) Total gross receipts of $ 11,248.32 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 0.00 (see **Exhibit 2**), yielded net receipts of $11,248.32 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (9/1/2009)**

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from Exhibit 3) | $417,093.55 | $53,204.00 | $0.00 | $0.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from Exhibit 4) | 0.00 | 1,874.70 | 1,874.70 | 1,874.70 |
| PRIOR CHAPTER ADMIN. FFES AND CHARGES (fromExhibit 5) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from Exhibit 6) | 16,149.87 | 12,804.00 | 12,804.00 | 9,373.62 |
| GENERAL UNSECURED CLAIMS (fromExhibit 7) | 177,151.01 | 60,918.20 | 60,918.20 | 0.00 |
| **TOTAL DISBURSEMENTS** | $610,394.43 | $128,800.90 | $75,596.90 | $11,248.32 |

4) This case was originally filed under Chapter 7 on November 04, 2006.
. The case was pending for 39 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as  Exhibit 8 . The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as  Exhibit 9 .

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 01/22/2010          By: /s/MICHAEL G. BERLAND
                                                  Trustee


STATEMENT: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-TDR (9/1/2009)**

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT RECEIVED |
|---|---|---|
| Tax refunds-unscheduled | 1224-000 | 11,185.52 |
| Interest Income | 1270-000 | 62.80 |
| **TOTAL GROSS RECEIPTS** | | **$11,248.32** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| N/A | | | |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$0.00** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Educators Credit Union | 4110-000 | 96,000.00 | 40,400.00 | 0.00 | 0.00 |
| Illinois Department of Revenue | 4300-000 | N/A | 12,804.00 | 0.00 | 0.00 |
| MidAmerica Bank | 4110-000 | 235,893.55 | N/A | N/A | 0.00 |
| MidAmerica Bank | 4110-000 | 85,200.00 | N/A | N/A | 0.00 |
| **TOTAL SECURED CLAIMS** | | **$417,093.55** | **$53,204.00** | **$0.00** | **$0.00** |

**UST Form 101-7-TDR (9/1/2009)**

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| MICHAEL G. BERLAND | 2100-000 | N/A | 1,874.70 | 1,874.70 | 1,874.70 |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | N/A | 1,874.70 | 1,874.70 | 1,874.70 |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| N/A | | | | | |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | N/A | 0.00 | 0.00 | 0.00 |

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Illinois Department of Revenue | 5800-000 | 13,035.00 | 12,804.00 | 12,804.00 | 9,373.62 |
| Tina Travaglini | 5200-000 | 825.12 | N/A | N/A | 0.00 |
| Marcie Weskerna | 5200-000 | 1,491.00 | N/A | N/A | 0.00 |
| Christine Siefert | 5200-000 | 798.75 | N/A | N/A | 0.00 |
| TOTAL PRIORITY UNSECURED CLAIMS | | 16,149.87 | 12,804.00 | 12,804.00 | 9,373.62 |

UST Form 101-7-TDR (9/1/2009)

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Natalie Guerrero | 7100-000 | N/A | 122.20 | 122.20 | 0.00 |
| Tara M Groves | 7100-000 | N/A | 660.30 | 660.30 | 0.00 |
| Discover Bank\DFS-Services, LLC | 7100-000 | 23,382.89 | 13,126.44 | 13,126.44 | 0.00 |
| Capital Recovery II | 7100-000 | 832.99 | 818.36 | 818.36 | 0.00 |
| Nordstrom FSB | 7100-000 | 3,555.16 | 3,847.31 | 3,847.31 | 0.00 |
| Federated Retail Holdings, Inc./Marshall Fields | 7100-000 | 1,256.01 | 1,544.85 | 1,544.85 | 0.00 |
| Sallie Mae Inc | 7100-000 | 18,000.00 | 19,901.64 | 19,901.64 | 0.00 |
| Independent Federal Credit Union | 7100-000 | 5,898.20 | 6,322.00 | 6,322.00 | 0.00 |
| Hewlett-Packard Financial Services Company | 7100-000 | 675.00 | 1,658.90 | 1,658.90 | 0.00 |
| Amy Sokacz | 7100-000 | N/A | 860.00 | 860.00 | 0.00 |
| American Express Bank FSB | 7100-000 | 8,952.61 | 9,240.20 | 9,240.20 | 0.00 |
| Taylor Carlson | 7100-000 | N/A | 162.95 | 162.95 | 0.00 |
| Illinois Department of Revenue | 7100-000 | N/A | 2,472.00 | 2,472.00 | 0.00 |
| Amy Chally | 7100-000 | N/A | 181.05 | 181.05 | 0.00 |
| Armin Properties North Plainield Crossing | 7100-000 | 36,622.23 | N/A | N/A | 0.00 |
| Bill Levkof | 7100-000 | 3,527.42 | N/A | N/A | 0.00 |
| AT&T Yellow Pages/RH Donnelly | 7100-000 | 1,566.31 | N/A | N/A | 0.00 |
| Capital One | 7100-000 | 3,589.33 | N/A | N/A | 0.00 |
| Paloma Blanca | 7100-000 | 1,442.00 | N/A | N/A | 0.00 |
| University of Illinois | 7100-000 | 11,731.65 | N/A | N/A | 0.00 |
| Providian | 7100-000 | 4,459.54 | N/A | N/A | 0.00 |
| National City Bandk | 7100-000 | 25,921.58 | N/A | N/A | 0.00 |
| JLM Couture | 7100-000 | 3,866.16 | N/A | N/A | 0.00 |
| Millennium Pediatrics | 7100-000 | 166.23 | N/A | N/A | 0.00 |

**UST Form 101-7-TDR (9/1/2009)**

| | | | | | |
|---|---|---|---|---|---|
| Chicago Style Weddings Murphy Lomon & Assoc. | 7100-000 | 2,335.00 | N/A | N/A | 0.00 |
| Hinkley Springs | 7100-000 | 86.00 | N/A | N/A | 0.00 |
| Citibanc | 7100-000 | 1,342.01 | N/A | N/A | 0.00 |
| Capital One | 7100-000 | 1,942.69 | N/A | N/A | 0.00 |
| Beneficial | 7100-000 | 16,000.00 | N/A | N/A | 0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | 177,151.01 | 60,918.20 | 60,918.20 | 0.00 |

UST Form 101-7-TDR (9/1/2009)

Exhibit 8

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Page: 1

Case Number: 06-14405
Case Name: PATTERSON, TASHA MARIA
PATTERSON, QUENTIN CARLYLE
Period Ending: 01/22/10

Trustee: (520196) MICHAEL G. BERLAND
Filed (f) or Converted (c): 11/04/06 (f)
§341(a) Meeting Date: 12/21/06
Claims Bar Date: 09/26/07

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a)<br>DA=§554(c) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | 1472 Sage, Bolingbrok-scheduled | 375,000.00 | 0.00 | | 0.00 | FA |
| 2 | MidAmerica Checking-scheduled | 927.44 | 0.00 | | 0.00 | FA |
| 3 | Checking National City Bank-scheduled | 29.98 | 0.00 | | 0.00 | FA |
| 4 | Security deposit-scheduled | 3,412.00 | 0.00 | | 0.00 | FA |
| 5 | Clothing-scheduled | 2,000.00 | 0.00 | | 0.00 | FA |
| 6 | Clothing-scheduled | 2,000.00 | 0.00 | | 0.00 | FA |
| 7 | Jewelry-scheduled | 2,000.00 | 0.00 | | 0.00 | FA |
| 8 | Jewelry-scheduled | 1,000.00 | 0.00 | | 0.00 | FA |
| 9 | 401k-scheduled | 200.00 | 0.00 | | 0.00 | FA |
| 10 | 401k-scheduled | 5,000.00 | 0.00 | | 0.00 | FA |
| 11 | Office equipment<br>The Trustee talked with his auctioneer and determined there was no equity to sell any of the inventory after the exemption was taken | 8,921.00 | 0.00 | | 0.00 | FA |
| 12 | Inventory for Bridal Panache-sheduled<br>The inventory was wedding dresses that the brides had already paid for. They picked up their wedding dresses and there was nothing to adminster | 3,144.00 | 0.00 | | 0.00 | FA |
| 13 | Tax refunds-unscheduled (u) | 0.00 | 11,855.50 | | 11,185.52 | FA |
| 14 | 100% interest in Bridal Panache -scheduled<br>The business was bankrutpl and never reopened and there was no value of any kind.There is nothing to abandon. | 1.00 | 0.00 | | 0.00 | FA |
| Int | INTEREST (u) | Unknown | N/A | | 62.80 | Unknown |
| 15 | Assets    Totals (Excluding unknown values) | $403,635.42 | $11,855.50 | | $11,248.32 | $0.00 |

**Major Activities Affecting Case Closing:**

The Trustee collected a tax refund. The Final Report was filed and the distribution made to creditors. The Trustee filed his Final Account with the US Trustees Offcec.

Exhibit 8

Page: 2

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

| Case Number: | 06-14405 | | Trustee: | (520196) | MICHAEL G. BERLAND |
|---|---|---|---|---|---|
| Case Name: | PATTERSON, TASHA MARIA | | Filed (f) or Converted (c): | 11/04/06 (f) | |
| | PATTERSON, QUENTIN CARLYLE | | §341(a) Meeting Date: | 12/21/06 | |
| Period Ending: 01/22/10 | | | Claims Bar Date: | 09/26/07 | |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled And Unscheduled (u) Property) Ref. # | Petition/ Unscheduled Values | Estimated Net Value (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=§554(a) DA=§554(c) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |

Initial Projected Date Of Final Report (TFR):   June 18, 2018   Current Projected Date Of Final Report (TFR):   June 10, 2011

Printed: 01/22/2010 08:01 AM   V.11.53

Exhibit 9

# Form 2
## Cash Receipts And Disbursements Record

Page: 1

| Case Number: | 06-14405 | | Trustee: | MICHAEL G. BERLAND (520196) |
| --- | --- | --- | --- | --- |
| Case Name: | PATTERSON, TASHA MARIA | | Bank Name: | JPMORGAN CHASE BANK, N.A. |
| | PATTERSON, QUENTIN CARLYLE | | Account: | ****-*****28-65 - Money Market Account |
| Taxpayer ID #: | 13-7570184 | | Blanket Bond: | $5,000,000.00 (per case limit) |
| Period Ending: | 01/22/10 | | Separate Bond: | N/A |

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Money Market Account Balance |
| --- | --- | --- | --- | --- | --- | --- | --- |
| 06/18/07 | {13} | Fenelon IOLTA account | Payment of tax funds | 1224-000 | 11,185.52 | | 11,185.52 |
| 06/29/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 1.99 | | 11,187.51 |
| 07/31/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 6.37 | | 11,193.88 |
| 08/31/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 6.17 | | 11,200.05 |
| 09/28/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 5.58 | | 11,205.63 |
| 10/31/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 6.58 | | 11,212.21 |
| 11/30/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6000% | 1270-000 | 5.83 | | 11,218.04 |
| 12/31/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6000% | 1270-000 | 5.71 | | 11,223.75 |
| 01/31/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.3000% | 1270-000 | 5.13 | | 11,228.88 |
| 02/29/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.2500% | 1270-000 | 2.30 | | 11,231.18 |
| 03/31/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1700% | 1270-000 | 2.08 | | 11,233.26 |
| 04/30/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1700% | 1270-000 | 1.56 | | 11,234.82 |
| 05/30/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1500% | 1270-000 | 1.40 | | 11,236.22 |
| 06/30/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1500% | 1270-000 | 1.42 | | 11,237.64 |
| 07/31/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1500% | 1270-000 | 1.42 | | 11,239.06 |
| 08/29/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1500% | 1270-000 | 1.33 | | 11,240.39 |
| 09/30/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1500% | 1270-000 | 1.47 | | 11,241.86 |
| 10/31/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1200% | 1270-000 | 1.22 | | 11,243.08 |
| 11/28/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1000% | 1270-000 | 0.88 | | 11,243.96 |
| 12/31/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.79 | | 11,244.75 |
| 01/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.45 | | 11,245.20 |
| 02/27/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.42 | | 11,245.62 |
| 03/31/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.48 | | 11,246.10 |
| 04/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.45 | | 11,246.55 |
| 05/29/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.44 | | 11,246.99 |
| 06/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.48 | | 11,247.47 |
| 07/31/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.47 | | 11,247.94 |
| 08/26/09 | Int | JPMORGAN CHASE BANK, N.A. | Current Interest Rate is 0.0500% | 1270-000 | 0.38 | | 11,248.32 |
| 08/26/09 | | To Account #********2866 | Transfer for purpose of final distribution | 9999-000 | | 11,248.32 | 0.00 |

| | ACCOUNT TOTALS | 11,248.32 | 11,248.32 | $0.00 |
| --- | --- | --- | --- | --- |
| | Less: Bank Transfers | 0.00 | 11,248.32 | |
| | Subtotal | 11,248.32 | 0.00 | |
| | Less: Payments to Debtors | | 0.00 | |
| | NET Receipts / Disbursements | $11,248.32 | $0.00 | |

{} Asset reference(s)

Printed: 01/22/2010 08:01 AM  V.11.53

Exhibit 9

# Form 2

Page: 2

## Cash Receipts And Disbursements Record

| Case Number: | 06-14405 | | Trustee: | MICHAEL G. BERLAND (520196) |
|---|---|---|---|---|
| Case Name: | PATTERSON, TASHA MARIA | | Bank Name: | JPMORGAN CHASE BANK, N.A. |
| | PATTERSON, QUENTIN CARLYLE | | Account: | \*\*\*.\*\*\*\*\*28-66 - Checking Account |
| Taxpayer ID #: | 13-7570184 | | Blanket Bond: | $5,000,000.00 (per case limit) |
| Period Ending: | 01/22/10 | | Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 08/26/09 | | From Account #\*\*\*\*\*\*\*\*\*2865 | Transfer for purpose of final distribution | 9999-000 | 11,248.32 | | 11,248.32 |
| 08/31/09 | 101 | MICHAEL G. BERLAND | Dividend paid 100.00% on $1,874.70, Trustee Compensation; Reference: | 2100-000 | | 1,874.70 | 9,373.62 |
| 08/31/09 | 102 | Illinois Department of Revenue | Dividend paid 73.20% on $12,804.00; Claim# 14P; Filed: $12,804.00; Reference: | 5800-000 | | 9,373.62 | 0.00 |

| | | | |
|---|---|---|---|
| ACCOUNT TOTALS | | 11,248.32 | 11,248.32 | $0.00 |
| Less: Bank Transfers | | 11,248.32 | 0.00 | |
| Subtotal | | 0.00 | 11,248.32 | |
| Less: Payments to Debtors | | | 0.00 | |
| NET Receipts / Disbursements | | $0.00 | $11,248.32 | |

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| MMA # \*\*\*.\*\*\*\*\*28-65 | 11,248.32 | 0.00 | 0.00 |
| Checking # \*\*\*.\*\*\*\*\*28-66 | 0.00 | 11,248.32 | 0.00 |
| | $11,248.32 | $11,248.32 | $0.00 |

{} Asset reference(s)

Printed: 01/22/2010 08:01 AM V.11.53